**Fill in this information to identify the case:**

Debtor Name: LACOS INC

United States Bankruptcy Court for the: _____ District of _____

Case number: 18-72000

☐ Check if this is an amended filing

## Official Form 425C

### Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: 5/2018

Date report filed: 7/26/18 (MM/DD/YYYY)

Line of business: Restaurant

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: LUIGI ALOE

Original signature of responsible party: [signature]

Printed name of responsible party: LUIGI ALOE

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ✓ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ✓ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ✓ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ✓ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ✓ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ✓ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ✓ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ✓ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ✓ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ✓ | ✓ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ✓ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ✓ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ✓ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ✓ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ✓ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ✓ | ☐ |

Debtor Name: __LACOS INC.__    Case number: __18-72000__

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ __12,916.27__

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ __155347.16__

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    −$ __161,552.30__

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    +$ __−6,173.14__

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    = $ __6743.13__

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ __Ø__
    (*Exhibit E*)

Debtor Name __LAGOS INC__                        Case number __18-72000__

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables                                                        $ __8,200 GROUPON__
    (Exhibit F)

### 5. Employees

26. What was the number of employees when the case was filed?                __8__
27. What is the number of employees as of the date of this monthly report?   __8__

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ __0__
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ __0__
30. How much have you paid this month in other professional fees?                                   $ __0__
31. How much have you paid in total other professional fees since filing the case?                  $ __0__

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>Actual<br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 155,000 | − | $ 155,349.16 | = | $ 349.16 |
| 33. Cash disbursements | $ 145,000 | − | $ 161,522.30 | = | $ (16,173.14) |
| 34. Net cash flow | $ 10,000 | − | $ (6,173.14) | = | $ 3826.86 |

35. Total projected cash receipts for the next month:              $ 155,000
36. Total projected cash disbursements for the next month:        − $ 145,000
37. Total projected net cash flow for the next month:             = $ 10,000

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 3

Debtor Name __LACOI INC__                       Case number __18-72000__

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.



**America's Most Convenient Bank®**

T       STATEMENT OF ACCOUNT

000150513 01 AV  0.375  MTD010400602181907700 0016 17 11
LACOS INC
DEBTOR IN POSSESSION
65 WALL ST
HUNTINGTON NY  11743

Page: 1 of 4
Statement Period: May 05 2018-May 31 2018
Cust Ref #:
Primary Account #:

## TD Business Convenience Plus

LACOS INC
DEBTOR IN POSSESSION

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 2,454.54 |
| Deposits | 15,100.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 35,896.99 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 7,236.59 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 27 |
| Checks Paid | 25,511.29 | | |
| Electronic Payments | 2,622.09 | | |
| Other Withdrawals | 23,049.23 | | |
| Ending Balance | 7,050.97 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/07 | DEPOSIT | 100.00 |
| 05/17 | DEPOSIT | 3,000.00 |
| 05/21 | DEPOSIT | 12,000.00 |
| | Subtotal: | 15,100.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/23 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 1,413.92 |
| 05/24 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 1,513.31 |
| 05/25 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 1,251.93 |
| 05/29 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 10,570.54 |
| 05/29 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 8,769.58 |
| 05/29 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 7,512.60 |
| 05/29 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 2,963.55 |
| 05/31 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 1,901.56 |
| | Subtotal: | 35,896.99 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/22 | RETURNED ITEM | 4,965.00 |
| 05/30 | DEPOSIT CORRECTION | 2,271.59 |
| | Subtotal: | 7,236.59 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender





**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

LACOS INC
DEBTOR IN POSSESSION

Page: 3 of 4
Statement Period: May 05 2018-May 31 2018
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Checks Paid**  No. Checks: 12

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 05/21 | 98 | 4,965.00 | 05/29 | 108 | 387.96 |
| 05/25 | 101* | 1,211.00 | 05/30 | 110* | 3,378.16 |
| 05/25 | 102 | 4,380.83 | 05/30 | 111 | 3,000.00 |
| 05/24 | 105* | 4,200.00 | 05/30 | 113* | 339.10 |
| 05/25 | 106 | 130.99 | 05/29 | 115* | 481.19 |
| 05/29 | 107 | 1,194.87 | 05/29 | 116 | 1,842.19 |
| | | | | Subtotal: | 25,511.29 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/18 | ACH DEBIT, HARLAND CLARKE CHK ORDERS 1EZQ043103741L4 | 26.15 |
| 05/23 | DEBIT CARD PURCHASE, AUT 052218 VISA DDA PUR STUBHUB INC    866 788 2482  *CA  4085404020623710 | 225.68 |
| 05/23 | CCD DEBIT, MRCHNT PMNT PROC FEES 434801377889 | 36.79 |
| 05/24 | TD ATM DEBIT, AUT 052418 DDA WITHDRAW 410 NEW YORK AVE    HUNTINGTON  *NY  4085404020623710 | 500.00 |
| 05/24 | DEBIT CARD PURCHASE, AUT 052418 VISA DDA PUR THE HOME DEPOT 1272    HUNTINGTON  *NY  4085404020623710 | 64.74 |
| 05/24 | CCD DEBIT, MRCHNT PMNT PROC FEES 434801377889 | 33.11 |
| 05/25 | TD ATM DEBIT, AUT 052518 DDA WITHDRAW 410 NEW YORK AVE    HUNTINGTON  *NY  4085404020623710 | 500.00 |
| 05/25 | DEBIT CARD PURCHASE, AUT 052418 VISA DDA PUR HAMCO NEW YORK    5164892313  *NY  4085404020623710 | 322.62 |
| 05/25 | CCD DEBIT, MRCHNT PMNT PROC FEES 434801377889 | 29.72 |
| 05/25 | CCD DEBIT, MRCHNT PMNT PROC ACCTCHGFEE 434801377889 | 25.00 |
| 05/29 | CCD DEBIT, MRCHNT PMNT PROC FEES 434801377889 | 279.94 |
| 05/29 | CCD DEBIT, MRCHNT PMNT PROC FEES 434801377889 | 245.69 |
| 05/29 | CCD DEBIT, MRCHNT PMNT PROC FEES 434801377889 | 161.38 |
| 05/29 | DEBIT POS, AUT 052618 DDA PURCHASE GIUNTA S MEAT F    NORTHPORT  *NY  4085404020623710 | 70.62 |
| 05/29 | CCD DEBIT, MRCHNT PMNT PROC FEES 434801377889 | 55.89 |
| 05/31 | CCD DEBIT, MRCHNT PMNT PROC FEES 434801377889 | 44.76 |
| | Subtotal: | 2,622.09 |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**America's Most Convenient Bank®**

LACOS INC
DIP CASE 18-72000 EDNY
65 WALL ST
HUNTINGTON NY          11743

039 / Chapter 11 Checking

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 05/17/2018 | DEPOSIT | | $3,000.00 | $3,100.00 |
| 05/18/2018 | HARLAND CLARKE  CHK ORDERS | $26.15 | | $160.51 |
| 05/21/2018  .98 | CHECK | $4,965.00 | | $7,195.51 |
| 05/22/2018 | OVERDRAFT RET | $35.00 | | $12,125.51 |
| 05/23/2018 | DEBIT | $3,500.00 | | $10,039.43 |
| 05/23/2018 | VISA DDA PUR 449215    STUBHUB  INC | $225.68 | | $9,813.75 |
| 05/24/2018 | MRCHNT PMNT PROC DEPOSIT | | $1,513.31 | $11,290.27 |
| 05/24/2018 | DDA WITHDRAW TW04C090   410 NEW YO | $500.00 | | $6,590.27 |
| 05/24/2018 | MRCHNT PMNT PROC FEES | $33.11 | | $6,492.42 |

Page 1 of 9

| Date | Ref | Description | Amount | Deposit | Balance |
|---|---|---|---|---|---|
| 05/25/2018 | | MRCHNT PMNT PROC DEPOSIT | | | |
| 05/25/2018 | 102 | POD CHECK | $4,380.83 | | $3,363.52 |
| 05/25/2018 | 101 | CHECK | $1,211.00 | | |
| 05/25/2018 | | DDA WITHDRAW TW04C090  410 NEW YO | $500.00 | | $1,652.52 |
| 05/25/2018 | | VISA DDA PUR 17/106  HWY100NEW YOR | | | |
| 05/25/2018 | 106 | CHECK | $130.99 | | $1,198.91 |
| 05/25/2018 | | MRCHNT PMNT PROC FEES | | | |
| 05/25/2018 | | MRCHNT PMNT PROC ACCTCHGFEE | $25.00 | | $1,144.19 |
| 05/29/2018 | | MRCHNT PMNT PROC DEPOSIT | | | |
| 05/29/2018 | | MRCHNT PMNT PROC DEPOSIT | | $8,769.58 | $20,484.31 |
| 05/29/2018 | | MRCHNT PMNT PROC DEPOSIT | | | |
| 05/29/2018 | | MRCHNT PMNT PROC DEPOSIT | | $2,963.55 | $30,960.46 |
| 05/29/2018 | | DEBIT | | | |
| 05/29/2018 | | DEBIT | $1,000.00 | | $23,902.75 |
| 05/29/2018 | | CHECK | | | |
| 05/29/2018 | 107 | CHECK | $1,194.87 | | $20,865.69 |
| 05/29/2018 | | CHECK | | | |
| 05/29/2018 | 108 | CHECK | $387.96 | | $19,996.54 |
| 05/29/2018 | | MRCHNT PMNT PROC FEES | | | |
| 05/29/2018 | | MRCHNT PMNT PROC FEES | $245.69 | | $19,470.91 |
| 05/29/2018 | | MRCHNT PMNT PROC FEES | | | |
| 05/29/2018 | | DDA PURCHASE 18846401  GIUNTA S MEA | $70.62 | | $19,238.91 |
| 05/29/2018 | | MRCHNT PMNT PROC FEES | | | |
| 05/30/2018 | | DEPOSIT CORRECTION | | $2,271.59 | $21,454.61 |
| 05/30/2018 | | DEBIT | | | |
| 05/30/2018 | | DEBIT | $2,271.59 | | $14,183.02 |
| 05/30/2018 | | DEBIT | | | |
| 05/30/2018 | 110 | CHECK | $3,378.16 | | $8,533.27 |
| 05/30/2018 | 111 | CHECK | | | |
| 05/30/2018 | 113 | CHECK | $339.10 | | $5,194.17 |
| 05/31/2018 | | MRCHNT PMNT PROC DEPOSIT | | | |
| 05/31/2018 | | MRCHNT PMNT PROC FEES | $44.76 | | $7,050.97 |

| Date | Check # | Description | Amount | Balance |
|---|---|---|---|---|
| 06/01/2018 | | MRCHNT PMNT PROC DEPOSIT | | $5,285.09 |
| 06/01/2018 | | DEBIT | $3,800.00 | $5,285.09 |
| 06/01/2018 | | CHECK | | |
| 06/01/2018 | 114 | CHECK | $828.00 | $1,790.84 |
| 06/01/2018 | | VISA DDA PUR — RESTAURANT DEP | | |
| 06/01/2018 | | VISA DDA PUR 407105  QUALITY MEATS | $241.70 | $1,186.79 |
| 06/01/2018 | | CHECK | | |
| 06/01/2018 | | VISA DDA PUR 319181  THE HOME DEPOT | $130.28 | $870.09 |
| 06/01/2018 | | MRCHNT PMNT PROC FEES | | |
| 06/01/2018 | | DDA PURCHASE 00673294  DICK S SPORTI | $48.86 | $767.30 |
| 06/01/2018 | | VISA DDA PUR  THE BARN HUNTI | | |
| 06/01/2018 | | VISA DDA PUR 469216  STARBUCKS STOR | $9.69 | $745.17 |
| 06/04/2018 | | MRCHNT PMNT PROC DEPOSIT | | |
| 06/04/2018 | | MRCHNT PMNT PROC DEPOSIT | $6,187.15 | $17,027.66 |
| 06/04/2018 | | MRCHNT PMNT PROC DEPOSIT | | |
| 06/04/2018 | 121 | CHECK | $3,307.63 | $15,605.70 |
| 06/04/2018 | 127 | CHECK | $1,948.84 | |
| 06/04/2018 | 128 | CHECK | $1,600.00 | $12,056.86 |
| 06/04/2018 | | MRCHNT PMNT PROC MONTHLY FEE | | |
| 06/04/2018 | | MRCHNT PMNT PROC FEES | $235.15 | $11,454.75 |
| 06/04/2018 | 119 | CHECK | | |
| 06/04/2018 | | MRCHNT PMNT PROC FEES | $148.57 | $11,076.20 |
| 06/04/2018 | 125 | CHECK | | |
| 06/04/2018 | | MRCHNT PMNT PROC FEES | $39.29 | $10,944.56 |
| 06/04/2018 | | VISA DDA PUR 403182  STOP SHOP 2583 | | |
| 06/05/2018 | | MRCHNT PMNT PROC DEPOSIT | $6,300.58 | $17,236.65 |
| 06/05/2018 | | DEBIT | $3,500.00 | |
| 06/05/2018 | 112 | CHECK | $2,000.00 | $11,736.65 |
| 06/05/2018 | 127 | CHECK CASHED | $1,500.00 | |
| 06/05/2018 | | VISA DDA PUR 421073  OPTIMUM 7801V | $1,155.31 | $9,081.34 |
| 06/05/2018 | | DDA PURCHASE  MCDONALD | | |
| 06/05/2018 | | MRCHNT PMNT PROC FEES | $151.45 | $8,230.48 |

| Date | Ref | Description | Amount | Balance |
|---|---|---|---|---|
| 06/05/2018 | | VISA DDA PUR 482824    VALUE DRUGS ST | $55.42 | $8,110.49 |
| 06/06/2018 | 126 | CHECK | $2,975.41 | $6,645.81 |
| 06/06/2018 | | MRCHNT PMNT PROC FEES | $31.69 | $6,114.12 |
| 06/07/2018 | | MRCHNT PMNT PROC DEPOSIT | $1,080.72 | $7,170.83 |
| 06/07/2018 | 133 | CHECK | $1,800.00 | $3,170.83 |
| 06/07/2018 | | MRCHNT PMNT PROC FEES | $31.94 | $2,977.30 |
| 06/08/2018 | | MRCHNT PMNT PROC DEPOSIT | $2,629.96 | $5,581.48 |
| 06/08/2018 | | DDA WITHDRAW TW04C090   410 NEW YO | $500.00 | $2,981.48 |
| 06/11/2018 | | MRCHNT PMNT PROC DEPOSIT | $9,517.66 | $12,444.35 |
| 06/11/2018 | | MRCHNT PMNT PROC DEPOSIT | $2,899.88 | $19,901.29 |
| 06/11/2018 | | DEBIT | $2,400.00 | $14,401.29 |
| 06/11/2018 | 124 | POD CHECK | $6,493.56 | $6,707.73 |
| 06/11/2018 | 125 | CHECK | $748.11 | $4,359.62 |
| 06/11/2018 | | MRCHNT PMNT PROC FEES | $207.99 | $3,651.63 |
| 06/11/2018 | | MRCHNT PMNT PROC FEES | $88.88 | $3,416.75 |
| 06/11/2018 | | VISA DDA PUR 401339    GREENLAWN DAI | $14.35 | $3,331.56 |

| Date | No. | Description | Amount | Balance |
|---|---|---|---|---|
| 06/12/2018 | | MRCHNT PMNT PROC DEPOSIT | | |
| 06/12/2018 | | DEBIT | $3,735.00 | $4,752.37 |
| 06/12/2018 | | POD CHECK | $4,000.00 | |
| 06/12/2018 | 120 | CHECK | $4,000.00 | ($6,247.63) |
| 06/12/2018 | | CHECK | | |
| 06/12/2018 | 152 | CHECK | $533.65 | ($9,281.28) |
| 06/12/2018 | | DDA PURCHASE | | |
| 06/12/2018 | | VISA DDA PUR 451239   J J MULTIMEDIA O | $336.00 | ($10,025.27) |
| 06/12/2018 | | MRCHNT PMNT PROC FEES | | |
| 06/12/2018 | | DDA PURCHASE 403482   STOP SHOP 2583 | $9.69 | ($10,158.52) |
| 06/13/2018 | | RETURNED ITEM | | |
| 06/13/2018 | 131 | RETURNED ITEM | $2,500.00 | ($658.52) |
| 06/13/2018 | | MRCHNT PMNT PROC DEPOSIT | | |
| 06/13/2018 | | MRCHNT PMNT PROC FEES | $123.56 | $1,755.57 |
| 06/13/2018 | | OVERDRAFT PD | | |
| 06/13/2018 | | OVERDRAFT PD | $70.00 | $1,580.57 |
| 06/14/2018 | | MRCHNT PMNT PROC FEES | | |
| 06/14/2018 | | MRCHNT PMNT PROC DEPOSIT | $2,652.39 | $4,188.35 |
| 06/14/2018 | | DDA WITHDRAW | | |
| 06/14/2018 | | MRCHNT PMNT PROC FEES | $63.17 | $3,625.18 |
| 06/15/2018 | | DDA PURCHASE | | |
| 06/15/2018 | | MRCHNT PMNT PROC DEPOSIT | $1,826.11 | $5,439.29 |
| 06/15/2018 | | DEBIT | | |
| 06/15/2018 | 137 | POD CHECK | $6,805.27 | ($5,365.98) |
| 06/15/2018 | | CHECK | | |
| 06/15/2018 | 176 | CHECK | $1,092.00 | ($12,184.02) |
| 06/15/2018 | | CHECK | | |
| 06/15/2018 | | DDA PURCHASE 23352701   MARSHALL AN | $55.01 | ($12,379.03) |
| 06/15/2018 | | MRCHNT PMNT PROC FEES | | |
| 06/15/2018 | | VISA DDA PUR 405522   USA GAS | $40.00 | ($12,459.98) |
| 06/15/2018 | | DDA PURCHASE | | |
| 06/18/2018 | | MRCHNT PMNT PROC DEPOSIT | $11,867.69 | ($607.35) |

| Date | # | Description | Amount | Balance |
|---|---|---|---|---|
| 06/18/2018 | | RETURNED ITEM | $6,805.17 | $6,197.92 |
| 06/18/2018. | | MRCHNT PMNT PROC DEPOSIT | $6,420.65 | $12,618.57 |
| 06/18/2018 | | RETURNED ITEM | $5,726.04 | $18,344.61 |
| 06/18/2018 | | MRCHNT PMNT PROC DEPOSIT | $3,886.20 | $22,230.81 |
| 06/18/2018 | | RETURNED ITEM | $1,092.00 | $23,322.81 |
| 06/18/2018 | | OVERDRAFT RET | $105.00 | $23,217.81 |
| 06/18/2018 | | CHECK | $700.00 | $20,517.81 |
| 06/18/2018 | 140 | CHECK | $760.00 | $19,757.81 |
| 06/18/2018 | | VISA DDA PUR 409716  WP CHRYSLER CAN | $611.95 | $19,146.86 |
| 06/18/2018 | | DDA WITHDRAW TW04C090  410 NEW YO | $500.00 | $18,646.86 |
| 06/18/2018 | | MRCHNT PMNT PROC FEES | $268.00 | $18,378.86 |
| 06/18/2018 | | VISA DDA PUR 434285  THE FRISKY OYST | $202.94 | $18,175.92 |
| 06/18/2018 | | DDA PURCHASE 043566155  KMART 9381 | $152.06 | $18,023.86 |
| 06/18/2018 | | MRCHNT PMNT PROC FEES | $131.88 | $17,891.98 |
| 06/18/2018 | | MRCHNT PMNT PROC FEES | $89.69 | $17,802.29 |
| 06/18/2018 | | VISA DDA PUR 412259  GOSMAN S DOCK F | $75.50 | $17,726.79 |
| 06/19/2018 | | MRCHNT PMNT PROC DEPOSIT | $7,448.16 | $25,174.95 |
| 06/19/2018 | | DEBIT | $5,556.00 | $19,618.95 |
| 06/19/2018 | | CHECK | $5,776.04 | $13,892.91 |
| 06/19/2018 | | DDA WITHDRAW P336842  3635 EXPY DRI | $304.95 | $13,587.96 |
| 06/19/2018 | | MRCHNT PMNT PROC FEES | $276.04 | $13,311.92 |
| 06/19/2018 | | DDA PURCHASE 319181  THE HOME DEPO | $205.30 | $13,106.62 |
| 06/19/2018 | | DDA PURCHASE 39278501  NEW LAKE SUC | $45.00 | $13,061.62 |
| 06/20/2018 | | MRCHNT PMNT PROC DEPOSIT | $1,055.84 | $14,117.46 |
| 06/20/2018 | 146 | CHECK | $2,000.00 | $12,117.46 |
| 06/20/2018 | 143 | CHECK | $900.00 | $11,217.46 |
| 06/20/2018 | | DDA WITHDRAW TW04C090  410 NEW YO | $500.00 | $10,717.46 |
| 06/20/2018 | | DDA PURCHASE 319181  THE HOME DEPO | $47.66 | $10,669.80 |
| 06/20/2018 | | MRCHNT PMNT PROC FEES | $21.87 | $10,647.93 |
| 06/20/2018 | | DDA PURCHASE 316035  GREENLAWN FA | $9.21 | $10,638.72 |
| 06/21/2018 | | MRCHNT PMNT PROC DEPOSIT | $2,709.94 | $13,348.66 |
| 06/21/2018 | | DEBIT | $900.00 | $12,448.66 |

| Date | Check # | Description | | Amount | Balance |
|---|---|---|---|---|---|
| 06/21/2018 | | MRCHNT PMNT PROC FEES | | | |
| 06/21/2018 | | VISA DDA PUR 426979 | THE BARN HUNTI | $14.49 | $12,368.37 |
| 06/22/2018 | | MRCHNT PMNT PROC DEPOSIT | | | |
| 06/22/2018 | | DEBIT | | $1,500.00 | $12,297.76 |
| 06/22/2018 | | CHECK | | | |
| 06/22/2018 | | VISA DDA PUR 490641 | FIVESTARS LOYAL | $199.00 | $11,823.76 |
| 06/22/2018 | | MRCHNT PMNT PROC FEES | | | |
| 06/22/2018 | | VISA DDA PUR 426979 | THE BARN HUNTI | $12.44 | $11,780.52 |
| 06/25/2018 | | MRCHNT PMNT PROC DEPOSIT | | | |
| 06/25/2018 | | MRCHNT PMNT PROC DEPOSIT | | $2,873.85 | $21,390.37 |
| 06/25/2018 | | DEBIT | | | |
| 06/25/2018 | | ADP TAX  ADP TAX | | | $19,390.37 |
| 06/25/2018 | | CHECK | | | |
| 06/25/2018 | 142 | CHECK | | $792.00 | $17,420.37 |
| 06/25/2018 | | POD CHECK | | | |
| 06/25/2018 | 159 | CHECK | | $679.34 | $15,991.03 |
| 06/25/2018 | | DDA PURCHASE | | | |
| 06/25/2018 | | VISA DDA PUR 490641 | FIVESTARS LOYAL | $324.79 | $15,256.74 |
| 06/25/2018 | | CHECK | | | |
| 06/25/2018 | | DDA PURCHASE 319453 | NORDSTROM RA | $153.56 | $14,881.58 |
| 06/25/2018 | | MRCHNT PMNT PROC FEES | | | |
| 06/25/2018 | | VISA DDA PUR 419304 | LUSO RESTAURAN | $113.85 | $14,617.90 |
| 06/25/2018 | | MRCHNT PMNT PROC FEES | | | |
| 06/25/2018 | | DDA PURCHASE 319509 | CVS PHARMACY | $61.17 | $14,490.50 |
| 06/25/2018 | | VISA DDA PUR 426979 | THE BARN HUNTI | | |
| 06/25/2018 | | VISA DDA PUR 426979 | THE BARN HUNTI | $12.44 | $14,465.62 |
| 06/25/2018 | | MRCHNT PMNT PROC FEES | | | |
| 06/26/2018 | | MRCHNT PMNT PROC DEPOSIT | | $13,866.03 | $28,324.15 |
| 06/26/2018 | | DEBIT | | | |
| 06/26/2018 | 148 | CHECK | | $3,203.79 | $21,120.36 |
| 06/26/2018 | | ADP TAX  ADP TAX | | | |
| 06/26/2018 | 161 | CHECK | | $1,205.54 | $18,695.07 |

| Date | Check # | Description | Amount | Balance |
|---|---|---|---|---|
| 06/26/2018 | | DDA WITHDRAW TW04C090  410 NEW YO | $500.00 | $18,195.07 |
| 06/26/2018 | 154 | CHECK | $400.00 | $17,795.07 |
| 06/26/2018 | | MRCHNT PMNT PROC FEES | $283.78 | $17,511.29 |
| 06/26/2018 | 158 | CHECK | $280.50 | $17,230.79 |
| 06/26/2018 | | VISA DDA PUR 1692.16   SITHDOWN XLT | $40.00 | $17,190.79 |
| 06/27/2018 | | MRCHNT PMNT PROC DEPOSIT | $1,972.12 | $19,162.91 |
| 06/27/2018 | | DEPOSIT | $1,470.00 | $20,632.91 |
| 06/27/2018 | 156 | CHECK | $6,291.80 | $14,341.11 |
| 06/27/2018 | | MRCHNT PMNT PROC FEES | $51.29 | $14,289.82 |
| 06/27/2018 | | VISA DDA PUR 401339   GREENLAWN DAI | $28.05 | $14,261.77 |
| 06/28/2018 | | MRCHNT PMNT PROC DEPOSIT | $2,270.74 | $16,532.51 |
| 06/28/2018 | | DEBIT | $2,000.00 | $14,532.51 |
| 06/28/2018 | | VISA DDA PUR 1692.70   OCEAN SEAFOOD 1 | $1,500.00 | $13,032.51 |
| 06/28/2018 | 149 | CHECK | $846.36 | $12,186.15 |
| 06/28/2018 | | DDA WITHDRAW TW04C090  410 NEW YO | $460.00 | $11,726.15 |
| 06/28/2018 | | MRCHNT PMNT PROC FEES | $61.86 | $11,664.29 |
| 06/29/2018 | | MRCHNT PMNT PROC DEPOSIT | $2,067.95 | $13,732.24 |
| 06/29/2018 | | DEBIT | $5,000.00 | $8,732.24 |
| 06/29/2018 | 141 | CHECK | $11,000.00 | ($2,267.76) |
| 06/29/2018 | | DDA WITHDRAW TW04C090  410 NEW YO | $500.00 | ($2,767.76) |
| 06/29/2018 | | MRCHNT PMNT PROC FEES | $50.07 | ($2,817.83) |
| 06/29/2018 | | VISA DDA PUR 405522   PLANET GAS | $20.00 | ($2,837.83) |
| 06/29/2018 | | VISA DDA PUR 1269797   THE BARN HUNT | $13.17 | ($2,850.99) |

Page 8 of 9

## Check Transactions

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 98  | 5/21/2018 | $4,965.00  | 143 | 6/20/2018 | $900.00   | | | |
| 98  | 5/22/2018 | $4,965.00  | 145 | 6/25/2018 | $1,178.00 | | | |
| 101 | 5/25/2018 | $1,211.00  | 146 | 6/20/2018 | $2,000.00 | | | |
| 102 | 5/25/2018 | $4,380.83  | 148 | 6/26/2018 | $3,203.79 | | | |
| 105 | 5/24/2018 | $4,200.00  | 149 | 6/28/2018 | $846.36   | | | |
| 106 | 5/25/2018 | $130.99    | 151 | 6/11/2018 | $146.00   | | | |
| 107 | 5/29/2018 | $1,194.87  | 152 | 6/12/2018 | $533.65   | | | |
| 108 | 5/29/2018 | $387.96    | 153 | 6/22/2018 | $275.00   | | | |
| 109 | 6/1/2018  | $2,666.25  | 154 | 6/26/2018 | $400.00   | | | |
| 110 | 5/30/2018 | $3,378.16  | 155 | 6/25/2018 | $221.60   | | | |
| 111 | 5/30/2018 | $3,000.00  | 156 | 6/27/2018 | $6,291.80 | | | |
| 112 | 6/5/2018  | $2,000.00  | 157 | 6/25/2018 | $750.00   | | | |
| 113 | 5/30/2018 | $339.10    | 158 | 6/26/2018 | $280.50   | | | |
| 114 | 6/1/2018  | $828.00    | 159 | 6/25/2018 | $679.34   | | | |
| 115 | 5/29/2018 | $481.19    | 161 | 6/26/2018 | $1,205.54 | | | |
| 116 | 5/29/2018 | $1,842.19  | 176 | 6/15/2018 | $1,092.00 | | | |
| 117 | 6/1/2018  | $186.42    | 176 | 6/18/2018 | $1,092.00 | | | |
| 118 | 6/11/2018 | $1,600.00  | | | | | | |
| 119 | 6/4/2018  | $229.98    | | | | | | |
| 120 | 6/12/2018 | $4,000.00  | | | | | | |
| 121 | 6/4/2018  | $3,307.63  | | | | | | |
| 122 | 6/4/2018  | $1,948.84  | | | | | | |
| 123 | 6/4/2018  | $92.35     | | | | | | |
| 124 | 6/11/2018 | $6,493.56  | | | | | | |
| 125 | 6/11/2018 | $748.11    | | | | | | |
| 126 | 6/6/2018  | $2,975.41  | | | | | | |
| 127 | 6/5/2018  | $1,500.00  | | | | | | |
| 128 | 6/4/2018  | $1,600.00  | | | | | | |
| 129 | 6/12/2018 | $7,000.00  | | | | | | |
| 129 | 6/13/2018 | $7,000.00  | | | | | | |
| 131 | 6/12/2018 | $2,500.00  | | | | | | |
| 131 | 6/13/2018 | $2,500.00  | | | | | | |
| 132 | 6/7/2018  | $161.59    | | | | | | |
| 133 | 6/7/2018  | $1,800.00  | | | | | | |
| 134 | 6/15/2018 | $5,726.04  | | | | | | |
| 134 | 6/18/2018 | $5,726.04  | | | | | | |
| 134 | 6/19/2018 | $5,726.04  | | | | | | |
| 136 | 6/18/2018 | $2,700.00  | | | | | | |
| 137 | 6/15/2018 | $6,805.27  | | | | | | |
| 137 | 6/18/2018 | $6,805.27  | | | | | | |
| 139 | 6/15/2018 | $140.00    | | | | | | |
| 140 | 6/18/2018 | $760.00    | | | | | | |
| 141 | 6/29/2018 | $11,000.00 | | | | | | |
| 142 | 6/25/2018 | $792.00    | | | | | | |