**Fill in this information to identify the case:**

Debtor Name: **LACOS INC.**

United States Bankruptcy Court for the: _____ District of _____

Case number: **18-72000**

☐ Check if this is an amended filing

## Official Form 425C

### Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month: **6/2018**                    Date report filed: **7/26/18** (MM/DD/YYYY)

Line of business: **RESTAURANT**     NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: **LUIGI AYOE (LACOS INC)**

Original signature of responsible party: *[signed]*

Printed name of responsible party: **LUIGI AYOE**

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ✓ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ✓ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ✓ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ✓ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ✓ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ✓ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ✓ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ✓ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ✓ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ✓ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ✓ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ✓ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ✓ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ✓ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ✓ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ✓ | ☐ |

Official Form 425C      Monthly Operating Report for Small Business Under Chapter 11      page 1

Debtor Name __LA(a)  INC.__                              Case number __18-72000__

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**    $ __6743.13__

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**    $ __149,217.24__

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

21. **Total cash disbursements**    – $ __146,520.50__

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

22. **Net cash flow**    + $ __2696.74__

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**    = $ __9439.87__

    Add line 22 + line 19. Report the result here.
    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.
    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ __0__
    (Exhibit E)

Debtor Name  **LACOS INC.**              Case number **18-72000**

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables         $ **9423.00 Grapon**
    (Exhibit F)

### 5. Employees

26. What was the number of employees when the case was filed?    **8**
27. What is the number of employees as of the date of this monthly report?  **8**

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ **0**
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ **0**
30. How much have you paid this month in other professional fees?   $ **0**
31. How much have you paid in total other professional fees since filing the case?   $ **0**

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>Actual<br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 155,000 | − | $ 149,217.24 | = | $ 5782.76 |
| 33. Cash disbursements | $ 148,000 | − | $ 146,520.50 | = | $ 1479.50 |
| 34. Net cash flow | $ 7,000 | − | $ 2696.24 | = | $ 4303.26 |

35. Total projected cash receipts for the next month:         $ 155,000
36. Total projected cash disbursements for the next month:   − $ 148,000
37. Total projected net cash flow for the next month:         = $ 7,000

Debtor Name  **LALOS INC**                                    Case number  **18-72000**

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.



**TD Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

000408675 02 AV    0.375  MTD01040070218268740 0062 37 22
LACOS INC
DIP CASE 18-72000 EDNY
65 WALL ST
HUNTINGTON NY  11743

| | |
|---|---|
| Page: | 1 of 9 |
| Statement Period: | Jun 01 2018-Jun 30 2018 |
| Cust Ref #: | |
| Primary Account #: | |

### Chapter 11 Checking

LACOS INC
DIP CASE 18-72000 EDNY

Account #

#### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 7,050.97 | Average Collected Balance | 4,654.74 |
| Deposits | 1,470.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 125,351.83 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 23,123.31 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |
| Checks Paid | 95,291.07 | | |
| Electronic Payments | 17,284.31 | | |
| Other Withdrawals | 47,271.00 | | |
| Ending Balance | -2,850.27 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $70.00 | $70.00 |
| Total Returned Item Fees (NSF) | $210.00 | $245.00 |

#### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/27 | DEPOSIT | 1,470.00 |
| | Subtotal: | 1,470.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 2,034.12 |
| 06/04 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 10,095.34 |
| 06/04 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 6,187.15 |
| 06/04 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 1,885.67 |
| 06/05 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 6,300.58 |
| 06/06 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 1,510.73 |
| 06/07 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 1,080.72 |
| 06/08 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 2,629.96 |
| 06/11 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 9,517.66 |
| 06/11 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 4,557.06 |
| 06/11 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 2,899.88 |
| 06/12 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 5,155.81 |
| 06/13 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 2,290.53 |
| 06/13 | ACH RETURNED ITEM, MRCHNT PMNT PROC FEES 434801377889 | 123.56 |
| 06/14 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 2,652.39 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

LACOS INC
DIP CASE 18-72000 EDNY

Page: 3 of 9
Statement Period: Jun 01 2018-Jun 30 2018
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/15 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 1,826.11 |
| 06/18 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 11,867.69 |
| 06/18 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 6,420.65 |
| 06/18 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 3,886.20 |
| 06/19 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 7,448.16 |
| 06/20 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 1,055.84 |
| 06/21 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 2,709.94 |
| 06/22 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 1,429.39 |
| 06/25 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 6,736.00 |
| 06/25 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 2,873.85 |
| 06/26 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 13,866.03 |
| 06/27 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 1,972.12 |
| 06/28 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 2,270.74 |
| 06/29 | CCD DEPOSIT, MRCHNT PMNT PROC DEPOSIT 434801377889 | 2,067.95 |
|  | Subtotal: | 125,351.83 |

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/13 | RETURNED ITEM | 7,000.00 |
| 06/13 | RETURNED ITEM | 2,500.00 |
| 06/18 | RETURNED ITEM | 6,805.27 |
| 06/18 | RETURNED ITEM | 5,726.04 |
| 06/18 | RETURNED ITEM | 1,092.00 |
|  | Subtotal: | 23,123.31 |

### Checks Paid    No. Checks: 43

*Indicates break in serial sequence of check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 06/01 | 109 | 2,666.25 | 06/11 | 125 | 748.11 |
| 06/05 | 112* | 2,000.00 | 06/06 | 126 | 2,975.41 |
| 06/01 | 114* | 828.00 | 06/05 | 127 | 1,500.00 |
| 06/01 | 117* | 186.42 | 06/04 | 128 | 1,600.00 |
| 06/11 | 118 | 1,600.00 | 06/12 | 129 | 7,000.00 |
| 06/04 | 119 | 229.98 | 06/12 | 131* | 2,500.00 |
| 06/12 | 120 | 4,000.00 | 06/07 | 132 | 161.59 |
| 06/04 | 121 | 3,307.63 | 06/07 | 133 | 1,800.00 |
| 06/04 | 122 | 1,948.84 | 06/15 | 134 | 5,726.04 |
| 06/04 | 123 | 92.35 | 06/19 | 134* | 5,726.04 |
| 06/11 | 124 | 6,493.56 | 06/18 | 136* | 2,700.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

LACOS INC
DIP CASE 18-72000 EDNY

Page: 5 of 9
Statement Period: Jun 01 2018-Jun 30 2018
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/05 | DEBIT CARD PURCHASE, AUT 060418 VISA DDA PUR OPTIMUM 7801V    631 267 6900 * NY 4085404020623710 | 1,155.31 |
| 06/05 | DEBIT POS, AUT 060518 DDA PURCHASE RESTAURANT DEPOT    FARMINGDALE * NY 4085404020623710 | 699.41 |
| 06/05 | CCD DEBIT, MRCHNT PMNT PROC FEES 434801377889 | 151.45 |
| 06/05 | DEBIT CARD PURCHASE, AUT 060318 VISA DDA PUR VALUE DRUGS STORES INC    HUNTINGTON * NY 4085404020623710 | 64.57 |
| 06/05 | DEBIT CARD PURCHASE, AUT 060318 VISA DDA PUR VALUE DRUGS STORES INC    HUNTINGTON * NY 4085404020623710 | 55.42 |
| 06/06 | TD ATM DEBIT, AUT 060618 DDA WITHDRAW 410 NEW YORK AVE    HUNTINGTON * NY 4085404020623710 | 500.00 |
| 06/06 | CCD DEBIT, MRCHNT PMNT PROC FEES 434801377889 | 31.69 |
| 06/06 | DEBIT POS, AUT 060618 DDA PURCHASE STOP SHOP 2583    HUNTINGTON * NY 4085404020623710 | 24.01 |
| 06/07 | CCD DEBIT, MRCHNT PMNT PROC FEES 434801377889 | 31.94 |
| 06/07 | DEBIT POS, AUT 060718 DDA PURCHASE STOP SHOP 2583    HUNTINGTON * NY 4085404020623710 | 25.78 |
| 06/08 | TD ATM DEBIT, AUT 060818 DDA WITHDRAW 410 NEW YORK AVE    HUNTINGTON * NY 4085404020623710 | 500.00 |
| 06/08 | CCD DEBIT, MRCHNT PMNT PROC FEES 434801377889 | 54.79 |
| 06/11 | TD ATM DEBIT, AUT 060918 DDA WITHDRAW 410 NEW YORK AVE    HUNTINGTON * NY 4085404020623710 | 500.00 |
| 06/11 | CCD DEBIT, MRCHNT PMNT PROC FEES 434801377889 | 207.99 |
| 06/11 | CCD DEBIT, MRCHNT PMNT PROC FEES 434801377889 | 88.88 |
| 06/11 | CCD DEBIT, MRCHNT PMNT PROC FEES 434801377889 | 70.84 |
| 06/11 | DEBIT CARD PURCHASE, AUT 060718 VISA DDA PUR GREENLAWN DAIRY MART    GREENLAWN * NY 4085404020623710 | 14.35 |
| 06/12 | DEBIT POS, AUT 061218 DDA PURCHASE JETRO HOLDINGS LLC    FARMINGDALE * NY 4085404020623710 | 407.99 |
| 06/12 | DEBIT CARD PURCHASE, AUT 061118 VISA DDA PUR J J MULTIMEDIA ORDEREZE    631 2713470 * NY 4085404020623710 | 336.00 |
| 06/12 | CCD DEBIT, MRCHNT PMNT PROC FEES 434801377889 | 123.56 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**
America's Most Convenient Bank®

LACOS INC
DIP CASE 18-72000 EDNY

STATEMENT OF ACCOUNT

Page: 7 of 9
Statement Period: Jun 01 2018-Jun 30 2018
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/19 | DEBIT POS, AUT 061818 DDA PURCHASE<br>THE HOME DEPOT 1272  HUNTINGTON  * NY<br>4085404020623710 | 205.30 |
| 06/19 | DEBIT POS, AUT 061918 DDA PURCHASE<br>NEW LAKE SUCCES  LAKE SUCCESS  * NY<br>4085404020623710 | 45.00 |
| 06/20 | TD ATM DEBIT, AUT 062018 DDA WITHDRAW<br>410 NEW YORK AVE  HUNTINGTON  * NY<br>4085404020623710 | 500.00 |
| 06/20 | DEBIT POS, AUT 061918 DDA PURCHASE<br>THE HOME DEPOT 1272  HUNTINGTON  * NY<br>4085404020623710 | 47.66 |
| 06/20 | CCD DEBIT, MRCHNT PMNT PROC FEES 434801377889 | 21.87 |
| 06/20 | DEBIT POS, AUT 062018 DDA PURCHASE<br>GREENLAWN FARMS  GREENLAWN  * NY<br>4085404020623710 | 9.21 |
| 06/21 | CCD DEBIT, MRCHNT PMNT PROC FEES 434801377889 | 65.80 |
| 06/21 | DEBIT CARD PURCHASE, AUT 061918 VISA DDA PUR<br>THE BARN HUNTINGTON  HUNTINGTON  * NY<br>4085404020623710 | 14.49 |
| 06/22 | DEBIT CARD PAYMENT, AUT 062118 VISA DDA PUR<br>FIVESTARS LOYALTY  860 5782770  * CA<br>4085404020623710 | 199.00 |
| 06/22 | CCD DEBIT, MRCHNT PMNT PROC FEES 434801377889 | 30.80 |
| 06/22 | DEBIT CARD PURCHASE, AUT 062018 VISA DDA PUR<br>THE BARN HUNTINGTON  HUNTINGTON  * NY<br>4085404020623710 | 12.44 |
| 06/25 | DEBIT POS, AUT 062518 DDA PURCHASE<br>JOSABANK CLOTHIERS 796  HUNTINGTON  * NY<br>4085404020623710 | 409.50 |
| 06/25 | DEBIT CARD PAYMENT, AUT 062318 VISA DDA PUR<br>FIVESTARS LOYALTY  860 5782770  * CA<br>4085404020623710 | 324.79 |
| 06/25 | DEBIT POS, AUT 062318 DDA PURCHASE<br>NORDSTROM RACK 350 ROU  HUNTINGTON  * NY<br>4085404020623710 | 153.56 |
| 06/25 | CCD DEBIT, MRCHNT PMNT PROC FEES 434801377889 | 149.83 |
| 06/25 | DEBIT CARD PURCHASE, AUT 062118 VISA DDA PUR<br>LUSO RESTAURANT  SMITHTOWN  * NY<br>4085404020623710 | 113.85 |
| 06/25 | CCD DEBIT, MRCHNT PMNT PROC FEES 434801377889 | 66.23 |
| 06/25 | DEBIT POS, AUT 062518 DDA PURCHASE<br>CVS PHARMACY 02 02232  GREENLAWN  * NY<br>4085404020623710 | 61.17 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


# Bank
America's Most Convenient Bank®

LACOS INC
DIP CASE 18-72000 EDNY

STATEMENT OF ACCOUNT

Page: 9 of 9
Statement Period: Jun 01 2018-Jun 30 2018
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Other Withdrawals (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/11 | DEBIT | 3,100.00 |
| 06/11 | DEBIT | 2,400.00 |
| 06/11 | DEBIT | 1,200.00 |
| 06/12 | DEBIT | 3,735.00 |
| 06/13 | OVERDRAFT RET | 105.00 |
| 06/13 | OVERDRAFT PD | 70.00 |
| 06/15 | DEBIT | 4,000.00 |
| 06/18 | OVERDRAFT RET | 105.00 |
| 06/19 | DEBIT | 5,556.00 |
| 06/21 | DEBIT | 900.00 |
| 06/22 | DEBIT | 1,500.00 |
| 06/25 | DEBIT | 2,000.00 |
| 06/25 | ZERO DOLLAR DR, ADP TAX ADP TAX R692U 180622 | 0.00 |
| 06/26 | DEBIT | 4,000.00 |
| 06/28 | DEBIT | 2,000.00 |
| 06/29 | DEBIT | 5,000.00 |
|  | Subtotal: | 47,271.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 7,050.97 | 06/15 | -12,475.04 |
| 06/01 | 745.17 | 06/18 | 17,726.79 |
| 06/04 | 10,936.07 | 06/19 | 13,061.62 |
| 06/05 | 8,110.49 | 06/20 | 10,638.72 |
| 06/06 | 6,090.11 | 06/21 | 12,368.37 |
| 06/07 | 2,951.52 | 06/22 | 11,780.52 |
| 06/08 | 2,926.69 | 06/25 | 14,458.12 |
| 06/11 | 3,331.56 | 06/26 | 17,190.79 |
| 06/12 | -10,158.52 | 06/27 | 14,261.77 |
| 06/13 | 1,535.96 | 06/28 | 11,664.29 |
| 06/14 | 3,613.18 | 06/29 | -2,850.27 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

LACOS INC
DIP CASE 18-72000 EDNY
65 WALL ST
HUNTINGTON NY          11743

039 / Chapter 11 Checking

Statement Beginning Balance As Of 07/02/2018

### Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 07/02/2018 |  RETURNED ITEM |  | $15,000.00 | $8,149.73 |
| 07/02/2018 | MRCHNT PMNT PROC DEPOSIT |  | $7,635.77 | $15,785.50 |
| 07/02/2018 | MRCHNT PMNT PROC DEPOSIT |  | $7,557.58 | $23,343.08 |
| 07/02/2018 | MRCHNT PMNT PROC DEPOSIT |  | $3,766.28 | $27,109.36 |
| 07/02/2018 | ATM CHECK DEPOST TWO 7090 4th NEW Y |  | $3,300.00 | $30,409.36 |
| 07/02/2018 | DEBIT | $3,500.00 |  | $26,909.36 |
| 07/02/2018 | DEBIT | $3,000.00 |  | $23,909.36 |
| 07/02/2018 | OVERDRAFT RET | $35.00 |  | $23,874.36 |
| 07/02/2018  142 | POD CHECK | $4,578.19 |  | $19,296.17 |
| 07/02/2018 | VISA DDA PUR 426979  OCEAN SEAFOOD I | $1,000.00 |  | $18,296.17 |
| 07/02/2018 | DDA PUR CHASE 4102 LI  RESTAURANT DE | $596.60 |  | $17,699.57 |
| 07/02/2018  164 | CHECK | $430.74 |  | $17,268.83 |
| 07/02/2018  166 | CHECK | $210.00 |  | $17,058.83 |
| 07/02/2018 | MRCHNT PMNT PROC FEES | $161.22 |  | $16,897.61 |
| 07/02/2018 | MRCHNT PMNT PROC FEES | $159.47 |  | $16,738.14 |
| 07/02/2018  50002 | POD CHECK | $103.75 |  | $16,634.39 |
| 07/02/2018 | MRCHNT PMNT PROC FEES | $88.17 |  | $16,546.22 |
| 07/03/2018 | MRCHNT PMNT PROC FEES |  | $2,520.17 | $19,066.39 |

Page 1 of 7

| Date | # | Description | Amount | Balance |
|---|---|---|---|---|
| 07/03/2018 | | MRCHNT PMNT PROC DEPOSIT | $2,069.97 | $21,136.36 |
| 07/03/2018 | | ATM CASH DEPOSIT TW04C090  410 NEW Y | $300.00 | $21,436.36 |
| 07/03/2018 | | DEBIT | $12,308.00 | $9,128.36 |
| 07/03/2018 | | DEBIT | $2,508.00 | $6,920.36 |
| 07/03/2018 | | CHECK | $1,294.03 | $5,626.33 |
| 07/03/2018 | 167 | CHECK | $700.00 | $4,926.33 |
| 07/03/2018 | 174 | CHECK | $500.00 | $4,426.33 |
| 07/03/2018 | | MRCHNT PMNT PROC MONTH END | $354.06 | $4,072.27 |
| 07/03/2018 | | DDA PURCHASE 3160 S 12 MART JERICH | $54.03 | $4,018.24 |
| 07/05/2018 | | MRCHNT PMNT PROC DEPOSIT | $4,539.34 | $8,557.58 |
| 07/05/2018 | | MRCHNT PMNT PROC DEPOSIT | $2,235.54 | $10,793.12 |
| 07/05/2018 | | ATM CASH DEPOSIT TW04C090  410 NEW Y | $400.00 | $11,193.12 |
| 07/05/2018 | | DEBIT | $7,000.00 | $4,193.12 |
| 07/05/2018 | 171 | CHECK | $4,000.00 | $4,193.12 |
| 07/05/2018 | 173 | CHECK | $3,500.00 | $693.12 |
| 07/05/2018 | 175 | POD CHECK | $1,600.00 | ($906.88) |
| 07/05/2018 | 176 | SUBSTITUTE INC CHECK | $1,092.00 | ($1,998.88) |
| 07/05/2018 | 160 | CHECK | $916.00 | ($2,914.88) |
| 07/05/2018 | | VISA DDA PUR 4 WINTER BROS W | $850.30 | ($3,765.18) |
| 07/05/2018 | 170 | CHECK | $826.75 | ($4,591.93) |
| 07/05/2018 | | MRCHNT PMNT PROC FEES | $82.07 | ($4,681.00) |
| 07/05/2018 | | MRCHNT PMNT PROC FEES | $44.73 | ($4,725.73) |
| 07/05/2018 | | VISA DDA PUR 692 SOUTHDOWN AGE | $40.00 | ($4,765.73) |
| 07/05/2018 | | VISA DDA PUR 426979  THE BARN  HUNTI | $14.82 | ($4,780.55) |
| 07/05/2018 | | VISA DDA PUR 426979  THE BARN  HUNTI | $14.82 | ($4,795.37) |
| 07/05/2018 | | VISA DDA PUR 476062  HSTR INC | $12.00 | ($4,807.37) |
| 07/06/2018 | 175 | RETURNED ITEM | $1,600.00 | ($1,023.37) |
| 07/06/2018 | 176 | RETURNED ITEM | $1,092.00 | ($2,115.37) |
| 07/06/2018 | 160 | RETURNED ITEM | $916.00 | ($1,199.37) |
| 07/06/2018 | 170 | RETURNED ITEM | $826.75 | ($372.62) |
| 07/06/2018 | | MRCHNT PMNT PROC FEES | $82.07 | ($292.55) |
| 07/06/2018 | | MRCHNT PMNT PROC FEES | $44.73 | ($238.82) |

| Date | Check # | Description | Amount | Balance |
|---|---|---|---|---|
| 07/06/2018 | | OVERDRAFT RET | $140.00 | ($378.82) |
| 07/06/2018 | | OVERDRAFT PD | $35.00 | ($413.82) |
| 07/06/2018 | 182 | CHECK | $174.18 | ($588.00) |
| 07/06/2018 | | ADP PAYROLL FEES ADP - FEES | $108.99 | ($696.99) |
| 07/06/2018 | | VISA DDA PUR | | |
| 07/06/2018 | | DDA WITHDRAW RT18120   PAI ISO | $62.50 | ($825.01) |
| 07/09/2018 | | MRCHNT PMNT PROC DEPOSIT | | |
| 07/09/2018 | | MRCHNT PMNT PROC DEPOSIT | $4,102.82 | $10,026.66 |
| 07/09/2018 | | MRCHNT PMNT PROC DEPOSIT | | |
| 07/09/2018 | 182 | RETURNED ITEM | $174.18 | $13,154.32 |
| 07/09/2018 | | ADP PAYROLL FEES ADP - FEES | $108.99 | |
| 07/09/2018 | | DEBIT | $5,000.00 | $8,263.31 |
| 07/09/2018 | | OVERDRAFT PD | $70.00 | |
| 07/09/2018 | | OVERDRAFT RET | $70.00 | $8,123.31 |
| 07/09/2018 | | DDA PURCHASE   RESTAURANT D | | |
| 07/09/2018 | 178 | SUFFOLK COUNTY W CHECK PYMT | $252.66 | $7,518.60 |
| 07/09/2018 | 182 | CHECK | $174.18 | |
| 07/09/2018 | | DDA WITHDRAW TW04C090   410 NEW YO | $150.00 | $7,194.42 |
| 07/09/2018 | | MRCHNT PMNT PROC FEES | | |
| 07/09/2018 | 180 | CHECK | $101.55 | $6,946.60 |
| 07/09/2018 | | MRCHNT PMNT PROC FEES | $96.66 | |
| 07/09/2018 | | MRCHNT PMNT PROC FEES | $68.28 | $6,781.66 |
| 07/10/2018 | | MRCHNT PMNT PROC DEPOSIT | | |
| 07/10/2018 | | ATM CASH DEPOSIT TW04C403   460 PULAS | $3,400.00 | $14,309.03 |
| 07/10/2018 | | DEBIT | $7,000.00 | |
| 07/10/2018 | | DEBIT | $900.00 | $6,409.03 |
| 07/10/2018 | 187 | CHECK | $1,567.15 | |
| 07/10/2018 | 189 | CHECK | $550.00 | $4,291.88 |
| 07/10/2018 | | CHECK | $180.90 | |
| 07/10/2018 | | MRCHNT PMNT PROC FEES | $99.51 | $4,011.47 |
| 07/10/2018 | | DDA WITHDRAW TW04C090   410 NEW YO | $80.00 | |
| 07/11/2018 | | MRCHNT PMNT PROC DEPOSIT | $514.43 | $4,445.90 |

| Date | No. | Description | Amount | Balance |
|---|---|---|---|---|
| 07/11/2018 | 187 | CHECK | | |
| 07/11/2018 | | DDA WITHDRAW TW04C090   410 NEW YO | $500.00 | $311.47 |
| 07/11/2018 | | VISA DDA PUR | | |
| 07/11/2018 | | MRCHNT PMNT PROC FEES | $12.39 | $212.33 |
| 07/12/2018 | | MRCHNT PMNT PROC DEPOSIT | | |
| 07/12/2018 | | MRCHNT PMNT PROC FEES | $42.98 | $2,128.83 |
| 07/13/2018 | | MRCHNT PMNT PROC DEPOSIT | | |
| 07/13/2018 | | DEBIT | $2,400.00 | $2,048.08 |
| 07/13/2018 | 191 | CHECK | | |
| 07/13/2018 | | DDA WITHDRAW TW04C090   410 NEW YO | $500.00 | ($1,418.63) |
| 07/13/2018 | | CHECK | | |
| 07/13/2018 | | VISA DDA PUR 401339   LA VILLINI RESTA | $81.86 | ($1,701.86) |
| 07/13/2018 | | MRCHNT PMNT PROC FEES | | |
| 07/16/2018 | | MRCHNT PMNT PROC DEPOSIT | $7,415.05 | $5,656.79 |
| 07/16/2018 | | MRCHNT PMNT PROC DEPOSIT | | |
| 07/16/2018 | 191 | RETURNED ITEM | $2,966.71 | $14,125.61 |
| 07/16/2018 | | MRCHNT PMNT PROC DEPOSIT | | |
| 07/16/2018 | | DEPOSIT | $11,270.00 | $28,234.58 |
| 07/16/2018 | | DEBIT | | |
| 07/16/2018 | | OVERDRAFT RET | $35.00 | $22,199.58 |
| 07/16/2018 | 179 | POD CHECK | | |
| 07/16/2018 | 172 | CHECK | $4,000.00 | $12,616.73 |
| 07/16/2018 | | CHECK | | |
| 07/16/2018 | 192 | CHECK | $1,500.00 | $9,116.73 |
| 07/16/2018 | | MRCHNT PMNT PROC FEES | | |
| 07/16/2018 | | MRCHNT PMNT PROC FEES | $108.97 | $8,861.45 |
| 07/16/2018 | | MRCHNT PMNT PROC FEES | | |
| 07/16/2018 | | VISA DDA PUR 401339   GREENLAWN DAI | $15.89 | $8,778.60 |
| 07/16/2018 | | VISA DDA PUR | | |
| 07/17/2018 | 188 | RETURNED ITEM | $2,000.00 | $10,766.16 |
| 07/17/2018 | | RETURNED ITEM | | |
| 07/17/2018 | | MRCHNT PMNT PROC DEPOSIT | $498.45 | $12,764.61 |

| Date | Ref | Description | | Amount | Balance |
|---|---|---|---|---|---|
| 07/17/2018 | | ATM CHECK DEPOSIT | | $1,552.00 | $14,316.61 |
| 07/17/2018 | | OVERDRAFT RET | | $70.00 | $14,246.61 |
| 07/17/2018 | 184 | CHECK | | $1,114.38 | $13,132.50 |
| 07/17/2018 | | DDA PURCHASE 319134 | RESTAURANT D | $690.36 | $12,442.23 |
| 07/17/2018 | 187 | CHECK | | $717.55 | $11,822.68 |
| 07/17/2018 | | VISA DDA PUR 451239 | J J MULTIMEDIA O | $112.00 | $11,717.68 |
| 07/17/2018 | | ADP PAYROLL FEES ADP FEES | | $108.99 | $11,608.69 |
| 07/17/2018 | | MRCHNT PMNT PROC FEES | | $11.81 | $11,596.88 |
| 07/18/2018 | | MRCHNT PMNT PROC DEPOSIT | | | |
| 07/18/2018 | | ADP TAX    ADP TAX | | $1,178.19 | $10,957.36 |
| 07/18/2018 | | VISA DDA PUR 469210 | SW CHRYSLER CA | $789.15 | $10,467.91 |
| 07/18/2018 | 197 | CHECK | | $393.77 | $10,074.14 |
| 07/18/2018 | | MRCHNT PMNT PROC FEES | | $12.39 | $10,061.75 |
| 07/19/2018 | | MRCHNT PMNT PROC DEPOSIT | | $1,235.01 | $11,296.76 |
| 07/19/2018 | | VISA DDA PUR 407105 | INTERCOUNTY BA | $761.30 | $10,535.46 |
| 07/19/2018 | | MRCHNT PMNT PROC FEES | | $160.82 | $10,374.64 |
| 07/19/2018 | | VISA DDA PUR 400958 | KAANS CAR REPAI | $97.89 | $10,277.75 |
| 07/19/2018 | | VISA DDA PUR 400958 | KAANS CAR REPAI | $37.00 | $10,240.75 |
| 07/20/2018 | | VISA DDA PUR 426769 | THE BARN RENTAL | $12.15 | $10,228.60 |
| 07/20/2018 | | MRCHNT PMNT PROC DEPOSIT | | $2,426.67 | $12,654.98 |
| 07/20/2018 | | DEBIT | | $5,500.00 | $7,154.98 |
| 07/20/2018 | 1342883 | CHECK | | $5,000.00 | $2,154.98 |
| 07/20/2018 | | VISA DDA PUR 481603 | SHELL OIL 575459 | $87.21 | $2,067.77 |
| 07/20/2018 | | MRCHNT PMNT PROC FEES | | $54.23 | $2,013.54 |
| 07/23/2018 | | MRCHNT PMNT PROC DEPOSIT | | $7,011.82 | $9,025.36 |
| 07/23/2018 | | MRCHNT PMNT PROC DEPOSIT | | $3,949.02 | $12,974.38 |
| 07/23/2018 | | MRCHNT PMNT PROC DEPOSIT | | $442.28 | $13,916.66 |
| 07/23/2018 | | DEBIT | | $2,500.00 | $13,416.66 |
| 07/23/2018 | | DEBIT | | $1,000.00 | $12,416.66 |
| 07/23/2018 | 1342882 | CHECK | | $4,272.02 | $8,144.64 |
| 07/23/2018 | | THE ATRIUM INSURANCE | | $1,960.20 | $6,184.44 |
| 07/23/2018 | | DDA PURCHASE 319134 | RESTAURANT D | $748.03 | $5,436.41 |

| Date | Check # | Description | | Amount | Balance |
|---|---|---|---|---|---|
| 07/2?/2018 | 13?2?0? | CHECK | | $?2?.?0 | $?,?0?.?? |
| 07/23/2018 | | DDA PURCHASE 319134 | RESTAURANT D | $663.50 | $4,037.61 |
| 07/23/2018 | | MRCHNT PMNT PROC FEES | | $15?.0? | $?,??? |
| 07/23/2018 | | VISA DDA PUR 461043 | EZPASS PREPAID T | $150.00 | $3,733.57 |
| 07/23/2018 | | MRCHNT PMNT PROC FEES | | $91.27 | $?,???.?? |
| 07/23/2018 | | MRCHNT PMNT PROC FEES | | $56.31 | $3,585.99 |
| 07/23/2018 | | VISA DDA PUR 116407 | STAPLES    00102 | $43.44 | $3,5??.?? |
| 07/24/2018 | | MRCHNT PMNT PROC DEPOSIT | | $5,245.22 | $8,787.77 |
| 07/24/2018 | 1342?9? | CHECK | | $?,???.?? | $?,???.?? |
| 07/24/2018 | 1342898 | CHECK | | $2,561.66 | $2,636.19 |
| 07/24/2018 | | VISA DDA PUR 190611 | FIVE STARS LOYAL | $??.?? | $?,???.?? |
| 07/24/2018 | 1342901 | CHECK | | $228.75 | $2,082.65 |
| 07/2?/2018 | | MRCHNT PMNT PROC FEES | | $1?.?? | $?,???.?? |
| 07/25/2018 | | MRCHNT PMNT PROC DEPOSIT | | $754.54 | $2,718.75 |
| 07/25/2018 | 1?289? | CHECK | | $9?2.00 | $1,?2?.?? |
| 07/25/2018 | | MRCHNT PMNT PROC FEES | | $18.73 | $1,708.02 |
| 07/26/2018 | | MRCHNT PMNT PROC DEPOSIT | | $2,?2?.?? | $?,???.?? |
| 07/26/2018 | | VISA DDA PUR 426979 | OCEAN SEAFOOD I | $1,173.91 | $4,158.87 |
| 07/26/2018 | | MRCHNT PMNT PROC FEES | | $9?.2? | $?,08?.?0 |
| 07/26/2018 | | DDA PURCHASE 770446 | NORWICH SERVI | $50.00 | $4,035.60 |

## Check Transactions

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 141 | 7/2/2018 | $11,000.00 | 1342900 | 7/23/2018 | $735.30 | | | |
| 147 | 7/2/2018 | $4,578.19 | 1342901 | 7/24/2018 | $228.75 | | | |
| 160 | 7/5/2018 | $916.00 | | | | | | |
| 160 | 7/6/2018 | $916.00 | | | | | | |
| 164 | 7/2/2018 | $430.74 | | | | | | |
| 166 | 7/3/2018 | $1,294.03 | | | | | | |
| 167 | 7/3/2018 | $700.00 | | | | | | |
| 169 | 7/2/2018 | $210.00 | | | | | | |
| 170 | 7/5/2018 | $826.75 | | | | | | |
| 170 | 7/6/2018 | $826.75 | | | | | | |
| 171 | 7/5/2018 | $4,000.00 | | | | | | |
| 172 | 7/16/2018 | $4,000.00 | | | | | | |
| 173 | 7/5/2018 | $3,500.00 | | | | | | |
| 174 | 7/3/2018 | $500.00 | | | | | | |
| 175 | 7/5/2018 | $1,600.00 | | | | | | |
| 175 | 7/6/2018 | $1,600.00 | | | | | | |
| 176 | 7/5/2018 | $1,092.00 | | | | | | |
| 176 | 7/6/2018 | $1,092.00 | | | | | | |
| 177 | 7/10/2018 | $1,567.15 | | | | | | |
| 178 | 7/9/2018 | $252.66 | | | | | | |
| 179 | 7/16/2018 | $5,582.85 | | | | | | |
| 180 | 7/9/2018 | $101.55 | | | | | | |
| 182 | 7/6/2018 | $174.18 | | | | | | |
| 182 | 7/9/2018 | $174.18 | | | | | | |
| 182 | 7/9/2018 | $174.18 | | | | | | |
| 183 | 7/10/2018 | $180.90 | | | | | | |
| 184 | 7/17/2018 | $1,114.02 | | | | | | |
| 187 | 7/11/2018 | $3,634.43 | | | | | | |
| 188 | 7/16/2018 | $2,000.00 | | | | | | |
| 188 | 7/17/2018 | $2,000.00 | | | | | | |
| 189 | 7/10/2018 | $550.00 | | | | | | |
| 191 | 7/13/2018 | $2,966.71 | | | | | | |
| 191 | 7/16/2018 | $2,966.71 | | | | | | |
| 192 | 7/16/2018 | $1,500.00 | | | | | | |
| 192 | 7/17/2018 | $1,500.00 | | | | | | |
| 194 | 7/13/2018 | $201.37 | | | | | | |
| 195 | 7/17/2018 | $612.55 | | | | | | |
| 197 | 7/18/2018 | $393.77 | | | | | | |
| 50002 | 7/2/2018 | $103.75 | | | | | | |
| 1342882 | 7/23/2018 | $4,272.02 | | | | | | |
| 1342883 | 7/20/2018 | $5,000.00 | | | | | | |
| 1342896 | 7/25/2018 | $992.00 | | | | | | |
| 1342898 | 7/24/2018 | $2,561.66 | | | | | | |
| 1342899 | 7/24/2018 | $3,589.92 | | | | | | |